IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHIRLEY J. HOLMES, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| versus § | CIVIL ACTION NO. H-08-2885 |
| § | |
| § | |
| MICHAEL J. ASTRUE, Commissioner § | |
| of the Social Security Administration, § | |
| § | |
| *Defendant*. § | |

### FINAL JUDGMENT

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Shirley J. Holmes' ("Holmes") Motion for Summary Judgment (Docket Entry No. 16) is **DENIED**. It is further

**ORDERED** that the Michael J. Astrue's, Commissioner of the Social Security Administration (the "Commissioner"), Motion for Summary Judgment (Docket Entry No. 17) is **GRANTED**. It is further

**ORDERED** that the Commissioner's decision denying Holmes disability benefits is **AFFIRMED**. It s finally

**ORDERED** that the matter is **DISMISSED** from the dockets of this Court.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 30th day of September, 2009.

CALVIN BOTLEY
United States Magistrate Judge